■ JORGE GALINDO, Also Known as GEORGE GALINDO, Appellant, v EFRAIN UZHCA ORELLANA FAUSTO et al., Respondents. [46 NYS3d 416]—

Order, Supreme Court, Bronx County (Fernando Tapia, J.), entered on or about February 24, 2016, which, in this action for personal injuries sustained when plaintiff pedestrian was struck by defendants' vehicle, denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Defendants' affidavit, in opposition to plaintiff's motion raised a triable issue of fact as to plaintiff's location at the time of the accident, in connection with the crosswalk, and whether plaintiff failed to exercise due care in crossing the street (see Thoma v Ronai, 82 NY2d 736 [1993]). Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Kahn, JJ.

■ VIOLET TRAPP-WHITE, Respondent, v FRANK FOUNTAIN et al., Appellants. [46 NYS3d 595]—

Order, Supreme Court, New York County (Donna M. Mills, J.), entered on or about October 1, 2015, which denied defendants' motion to dismiss the complaint, unanimously modified, on the law, to grant the motion to the extent the complaint seeks damages for emotional distress or mental anguish, and otherwise affirmed, without costs.

Plaintiff, who ultimately was granted a green card and permitted to return to the United States, inter alia alleges that defendants' failure to file a motion to reopen for over a year caused her to be deported and denied permission to return to the United States for almost two years, which caused her to lose her job. Accepting plaintiff's allegations as true on this motion to dismiss pursuant to CPLR 3211 they sufficiently state a legal malpractice claim (see Lappin v Greenberg, 34 AD3d 277 [1st Dept 2006]).

However plaintiff failed to state a claim for emotional distress because the damages alleged are not pecuniary in nature (see Dombrowski v Bulson, 19 NY3d 347, 351, 352 [2012]), and the pleadings fail to allege the requisite extreme and outrageous conduct (see Hyman v Schwartz, 127 AD3d 1281, 1283-1284 [3d Dept 2015]; see also Wolkstein v Morgenstern, 275 AD2d 635, 636-637 [1st Dept 2000]). Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Kahn, JJ. ■